AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 22, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DAVID R. ARNOLD, <br> *Plaintiff* <br> v. <br> BENTON COUNTY JAIL, VIAPATH COMPREHENSIVE HEALTH CARE, MEDICAL SUPERVISOR LAURIE, DCR BECCA, LISA MITCHELL, JOSH DOE and JOHN DOE, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   4:26-cv-05023-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This case is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis
requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Mary K. Dimke _____

Date:  April 22nd, 2026 _____          *CLERK OF COURT*


                                    s/Sean F. McAvoy _____
                                    *Signature of Clerk*